IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 6:10-cr-00049-RC |
| | § | |
| RUSSELL EUGENE SHEPHERD (3) | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Russell Eugene Shepherd be committed to the custody of the Bureau of Prisons for a term of imprisonment of 5 months and 149 days with no supervised release to follow. The Court recommends that the place of confinement be Fort Worth, Texas.

So **ORDERED** and **SIGNED** this **30** day of **September, 2016.**

_____
Ron Clark, United States District Judge